1  J. Craig Crawford (Bar No. 238466)
   ccrawford@carr-mcclellan.com
2  Scott E. Atkinson (Bar No. 251996)
   satkinson@carr-mcclellan.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California  94011-0513
   Telephone:     (650) 342-9600
6  Facsimile:      (650) 342-7685

7  Attorneys for Defendant
   Lucy Kim
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 | JEREMIAH F. MANNING,              | Case No.  CV 14-1215-JCS
14 |         Plaintiff,                | **STIPULATION FOR EXTENSION OF TIME FOR LUCY KIM TO RESPOND TO COMPLAINT**
15 | v.                                |
16 | CHRISTOPHER EMLEY,                |
   | DONALD EMLEY,                     | Judge:    Magistrate Judge Joseph C. Spero
17 | JOSEPH CRAWFORD,                  |
   | ANNE HAGAN and                    |
18 | LUCY KIM,                         |
19 |         Defendants.               |

20

21      Pursuant to Civil L.R. 6-1(a), Plaintiff Jeremiah F. Manning and Defendant Lucy Kim

22  hereby stipulate as follows:

23      WHEREAS, Plaintiff filed his Complaint on March 14, 2014;

24      WHEREAS, the Court has set an initial Case Management Conference for June 27, 2014;

25      WHEREAS, Plaintiff personally served his Complaint on Defendant on March 18, 2014;

26      WHEREAS, Defendant currently has until April 8, 2014 to respond to the Complaint;

27      WHEREAS, Defendant has requested, and Plaintiff has consented, to permit Defendant to

28  respond to the Complaint on or before April 29,2014; and

---

40602-00001\iManage\5088504.1                           Stipulation for Extension of Time to Respond to
                                                                       Complaint CV 14-1215-JCS

| | | |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | | |
| 3 | Dated: April 7, 2014 | By: */s/ Jeremiah F. Manning* |
| 4 | | Jeremiah F. Manning<br>Plaintiff, *pro se* |

Dated: April 7, 2014

CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN
Professional Law Corporation

By: */s/ J. Craig Crawford*
J. Craig Crawford / Scott E. Atkinson
Attorneys for Defendant
Lucy Kim

ATTESTATION PURSUANT TO Civil L.R. 5-1

I, J. Craig Crawford, hereby attest, pursuant to Civil L.R. 5-1(i)(3), that I have obtained the concurrence in the filing of this document from each of the other signatories listed above. I attest under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2014 in the Burlingame, California.

By: */s/ J. Craig Crawford*
J. Craig Crawford

Dated: 4/9/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA