1  Jeremiah F. Manning
   475 Magnolia Street
2  Half Moon Bay, CA 94019
   (917) 757-1485
3  jfm@manningesq.com

4  Plaintiff *Pro Se*

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | JEREMIAH F. MANNING,            | Case No.  CV 14-1215-RGS
13 |         Plaintiff,              | **STIPULATION AND ~~PROPOSED~~ ORDER
                                     | FOR EXTENSION OF TIME FOR
14 | v.                              | PLAINTIFF TO RESPOND TO
                                     | DEFENDANT LUCY KIM'S MOTIONS**
15 | CHRISTOPHER EMLEY,              |
   | DONALD EMLEY,                   |
16 | JOSEPH CRAWFORD,                | Judge:     Hon. Robert G. Seeborg
   | ANNE HAGAN and                  |
17 | LUCY KIM,                       |

18 |         Defendants.             |

19

20     Pursuant to Civil L.R. 6-1(a), Plaintiff Jeremiah F. Manning and Defendant Lucy Kim

21 hereby stipulate as follows:

22                              **RECITALS**

23     WHEREAS, Plaintiff filed his Complaint on March 14, 2014;

24     WHEREAS, after receiving a stipulated period of extension for time to respond,

25 Defendant filed two motions on April 29, 2014, one a 12(b)(6) motion to dismiss and the other a

26 SLAAP/Anti-SLAAP motion (hereinafter "Defendant Lucy Kim's Motions");

27     WHEREAS, the Court has set a hearing date on Defendant Lucy Kim's Motions for June

28 ~~27~~ 26, 2014;

WHEREAS, none of the other defendants named in the Complaint have been served or appeared;

WHEREAS, Plaintiff currently has until May 13, 2014 to file its Opposition(s) to Defendant's Motions;

WHEREAS, Plaintiff and Defendant are negotiating a settlement of this matter and the extension of time will aid in the potential resolution and settlement of this matter;

**STIPULATION**

WHEREAS, Plaintiff has requested, and Defendant has consented, to permit Plaintiff to file its Opposition(s) to Defendant Lucy Kim's Motions no later than May 27, 2014; and

WHEREAS, Defendant shall file any reply memoranda in support of Defendant Lucy Kim's Motions no later than June 3, 2014.

WHEREAS, the hearing on Defendant Lucy Kim's Motions will remain on June ~~27~~ 26, 2014.

SO STIPULATED.

Dated: May 13, 2014          By: //s//
                                 Jeremiah F. Manning
                                 Plaintiff, *Pro Se*

Dated: May 13, 2014          CARR, McCLELLAN, INGERSOLL,
                             THOMPSON & HORN
                             Professional Law Corporation


                             By: //s//
                                 J. Craig Crawford / Scott E. Atkinson
                                 Attorneys for Defendant
                                 Lucy Kim

ATTESTATION PURSUANT TO Civil L.R. 5-1

I, Jeremiah F. Manning, hereby attest, pursuant to Civil L.R. 5-1(i)(3), that I have obtained the concurrence in the filing of this document from each of the other signatories listed above. I attest under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2014 in Palo Alto, California.

By:     //s//
      Jeremiah F. Manning

### ~~PROPOSED~~ ORDER

Good cause being shown, Plaintiff's time to file its Opposition(s) to Defendant Lucy Kim's Motions is extended to no later than May 27, 2014. Defendant shall file any reply memoranda in support of Defendant Lucy Kim's Motions no later than June 3, 2014.

The hearing on Defendant Lucy Kim's Motions will remain on June ~~27~~ 26, 2014.

SO ORDERED.

Dated: May 16 2014        Hon. Richard G. Seeborg