1  Jeremiah F. Manning
2  475 Magnolia Street
3  Half Moon Bay, CA 94019
   jfm@manningesq.com
4  917-757-1485
5  Plaintiff *Pro Se*

6                    UNITED STATES DISTRICT COURT

7                   DISTRICT OF NORTHERN CALIFORNIA

8                        SAN FRANCISCO DIVISION

9  _____

10 JEREMIAH F. MANNING,                    !   Case No. CV 14-01215-RGS

11         Plaintiff,                      !   ~~PROPOSE~~D ORDER

12 v.                                      !   **FOR EXTENSION OF TIME FOR**

13 CHRISTOPHER EMLEY, DONALD EMLEY         !   **PLAINTIFF TO FILE OPPOSITION**

14 JOSEPH CRAWFORD, ANNE HAGAN,            !   **AND FOR RULE 11 SAFE HARBOR**

15 and LUCY KIM,                           !   Judge:      Robert G. Seeborg

16         Defendants.                     !

17 _____  !

18         Good cause being shown, Plaintiff's time to file its Opposition(s) to Defendant Lucy

19 Kim's Motions is extended to no later than June 5, 2014.  Defendant shall file any reply to Plaintiff's

20 Opposition(s) no later than June 12, 2014.  Plaintiff's Rule 11 "safe harbor" period is extended to June

21 5, 2014 and the briefing schedule shall be shortened so that Plaintiff's Opposition is due no later than

22 June 17, 2014 and Defendant Lucy Kim's Reply due June 20, 2014.  The Court's hearing on Defendant

23 Lucy Kim's Motions shall remain on June 26, 2014.

1

2

3    SO ORDERED.

4    Dated: May 2̲9̲, 2014                                    _____

5                                                            Hon. Richard G. Seeborg